# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| SETH M. JOHNSON,<br><br>Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. C 15-3126-MWB<br><br>**ORDER REMANDING CASE AND DIRECTING ENTRY OF JUDGMENT** |

_____

This case is before me on the defendant Commissioner's December 2, 2015, Unopposed Motion To Reverse And Remand (docket no. 14). In her Motion, the Commissioner seeks remand of this case to allow the Commissioner to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Such a remand requires entry of a judgment that ends this action. *See Shalala v. Schaefer*, 509 U.S. 292, 297-98 (1993). On December 18, 2015, the plaintiff filed his Response (docket no. 15), stating that he does not resist the Commissioner's Motion. I find that a "sentence four" remand is just and appropriate.

THEREFORE, the defendant Commissioner's December 2, 2015, Unopposed Motion To Reverse And Remand (docket no. 14) is **granted**, the decision of the Commissioner is **reversed**, and this action is **remanded** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Judgment in favor of the plaintiff shall enter accordingly.

**IT IS SO ORDERED**.

**DATED** this 21st day of December, 2015.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA